FILED
CLERK, U.S. DISTRICT COURT

JANUARY 9, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_ch\_\_\_\_\_ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PEDROZA,<br><br>Defendant. | Case No. CR 2:20-cr-240-GW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On January 9, 2024, Defendant Richard Pedroza made his initial appearance on the petition alleging violations of the conditions of supervised release. A contested detention hearing was held.

Following an arrest for alleged violation of the terms of supervised release, a defendant bears the burden of establishing, by clear and convincing evidence, that he would not pose a danger to any other person or the community if released. Fed. R. Crim. P. 32.1(a)(6). The Court finds that Mr. Pedroza has not carried that burden. The alleged violations include an allegation that a gun and syringe was located upon search of his house. Mr. Pedroza is already under strict conditions of release,

including location monitoring and home confinement, and yet he has sustained a large number of violations for failing to appear for meeting with this probation officer and for drug testing. At this point, it does not appear that there are additional conditions that could be added that would protect the safety of the community.

IT IS THEREFORE ORDERED that Mr. Pedroza is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: January 9, 2024

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE